IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUAN CONTRERAS**                                                                                  **PLAINTIFF**
**#265368**

V.                         NO. 4:22-cv-00918-JM-ERE

**HIGGINS**, *et al*.                                                            **DEFENDANTS**

## **ORDER**

On October 7, 2022, mail sent to Plaintiff Juan Contreras from the Court was returned as undeliverable. *Doc. 3.*

Mr. Contreras has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Contreras regarding this lawsuit.

If Mr. Contreras wants to pursue this case, he must notify the Court of his current address within 30 days. Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

IT IS SO ORDERED this 11th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE