IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUAN CONTRERAS**  **PLAINTIFF**
**#265368**

V.  NO. 4:22-cv-00918-JM

**HIGGINS,** *et al*.  **DEFENDANTS**

## ORDER

Paul Criswell, an inmate at the Pulaski County Detention Facility ("Detention Facility"), filed this lawsuit *pro se* under 42 U.S.C. § 1983 on behalf of himself and 45 other inmates, including Plaintiff Juan Contreras. *Doc. 1*. Pursuant to Court policy, the Court opened 46 different lawsuits, including this one for Mr. Contreras.

On October 7, 2022, mail from the Court to Mr. Contreras was returned as "undeliverable." *Doc. 3*.

On October 11, 2022, the Court ordered Mr. Contreras to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 4.* To date, he has not responded to the Court's October 11 Order, and the time to do so has passed.

Mr. Contreras claims are DISMISSED, without prejudice due to a lack of prosecution. FED. R. CIV. P. 41(b); Local rule 5.5(c)(2). An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE